UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANTONIO RIVAS RUANO
(A-Number: 208-900-227),

Petitioner,

v.

WARDEN, *et al.*,

Respondents.

Case No.  1:26-cv-0142-DJC-JDP

ORDER

On January 20, 2026, the court granted petitioner's motion for temporary restraining order, ordered petitioner's immediate release, and referred the matter to me for further proceedings.[1]  ECF No. 6.  Still pending is petitioner's petition for writ of habeas corpus, ECF No. 1.[2]  Therefore, the parties will be provided with an opportunity to brief the merits of the petition, or they can submit on the prior briefing in this action.  Respondents may file an answer to the petition within seven days.  If respondents file an answer, petitioner may file a reply within seven days.  If respondents do not file an answer within seven days, the matter will be deemed submitted.

---

[1] The court construed petitioner's petition for writ of habeas corpus, ECF No. 1, as a motion for temporary restraining order based on the relief requested therein.  *See* ECF No. 3.

[2] While respondents opposed petitioner's request for injunctive relief, respondents have not filed an answer to the petition.  *See* ECF No. 5.

1

Accordingly, it is hereby ORDERED that respondents may file an answer to the petition within seven days.  If respondents file an answer, petitioner may file a reply within seven days. If respondents do not file an answer within seven days, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:     April 16, 2026                         _____
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE