UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANTONIO RIVAS RUANO (A-Number: 208-900-227),

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, *et al.*,

Respondents.

Case No. 1:26-cv-0142-DJC-JDP

ORDER

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 27, 2026, the Magistrate Judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 12. Respondent has filed objections to the findings and recommendations, ECF No. 13, and they have been considered by the undersigned.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 27, 2026, ECF No. 12, are ADOPTED in full;
2. The petition for writ of habeas corpus, ECF No. 1, is GRANTED;
3. The preliminary injunctive relief previously granted, ECF No. 6 , is made permanent; and
4. The Clerk of Court is directed to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated: **August 27, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE